rari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General Fahy* for petitioner. *Mr. Cecil Sims* for respondent.

No. 578. COMMISSIONER OF INTERNAL REVENUE *v.* ESTATE OF FIELD ET AL. December 4, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Fahy* for petitioner. *Messrs. Edgar J. Bernheimer* and *Harry T. Zucker* for respondents.

No. 608. A. H. PHILLIPS, INC. *v.* WALLING, ADMINISTRATOR. December 4, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. James F. Egan, Joseph B. Ely,* and *Frederick M. Kingsbury* for petitioner. *Solicitor General Fahy* and *Mr. Douglas B. Maggs* for respondent.

No. 212. WHITE *v.* RAGEN, WARDEN; and

No. 259. LUTZ *v.* RAGEN, WARDEN. December 4, 1944. Petitions for writs of certiorari to the Supreme Court of Illinois granted. *Dewey White* and *Louis Lutz, pro se. Messrs. George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.

No. 570. HUNT ET AL. *v.* CRUMBOCH, PRESIDENT, ET AL. December 4, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Mr. Peter P. Zion* for petitioners. *Mr. William A. Gray* for respondents.